HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-mj-00089-KJN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE ON RULE 20 |
| v. | ) | |
| | ) | |
| TASAUNA MURPHY, | ) | Date: August 4, 2014 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, KYLE REARDON Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TSAUNA MURPHY, that the Status Conference on the Rule 20 hearing set for June 30, 2014 at 2:00 p.m. before Duty Magistrate Judge Claire be vacated and continued to August 4, 2014 at 2:00 p.m. before Duty Magistrate Judge Drozd.

The reason for this continuance is that the Assistant United States Attorney in Scranton, Pennsylvania has agreed to allow a Rule 20 transfer.  She is preparing discovery and the written plea agreement for us to review.  Counsel needs additional time to receive information from the

/ / /

/ / /

/ / /

-1-

United States Attorney's Office in Scranton, Pennsylvania, and to review these documents.

DATED: June 26, 2014 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HEATHER WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　*/s /Linda Harter*
　　　　　　　　　　　　　　　　　　　　　　LINDA HARTER
　　　　　　　　　　　　　　　　　　　　　　Chief Assistant to the Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　TASAUNA MURPHY

Dated: June 26, 2014 　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　*/s/ Linda C. Harter for*
　　　　　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


**ORDER**

　　　　IT IS SO ORDERED.

Dated:  June 27, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE