|  |  |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA HARTER, #179741<br>Chief Assistant for the Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700  Fax: 916-498-5710 |
| 5 | Attorneys for Defendant<br>TASAUNA MURPHY |

**FILED**

AUG 1 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-mj-00089-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] *and* ORDER |
| v. | ) TO RESCHEDULE STATUS CONFERENCE<br>) ON RULE 20 |
| TASAUNA MURPHY, | ) Date:  August 14, 2014 |
| Defendant. | ) Time:  2:00 p.m.<br>) Judge: Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, KYLE REARDON Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20 hearing set for August 4, 2014 at 2:00 p.m. before Duty Magistrate Judge Drozd be vacated and continued to August 14, 2014 at 2:00 p.m. before Duty Magistrate Judge Brennan.

   The reason for this continuance is that the Assistant United States Attorney in Scranton, Pennsylvania has agreed to allow a Rule 20 transfer. She is preparing discovery and the written plea agreement for us to review. Counsel needs additional time to receive information from the

///

///

///

-1-

United States Attorney's Office in Scranton, Pennsylvania, and to review these documents.

DATED: July 30, 2014                              Respectfully submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        */s /Linda Harter*
                                        LINDA HARTER
                                        Chief Assistant to the Federal Defender
                                        Attorneys for Defendant
                                        TASAUNA MURPHY

Dated: July 30, 2014                              BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Linda C. Harter for*
                                        KYLE REARDON
                                        Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: 8/13/14

                                        HON. DALE A. DROZD
                                        United States Magistrate Judge