1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
   TASAUNA MURPHY
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        ) Case No. 2:14-mj-00089-KJN
                                    )
11     Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER
                                    ) TO RESCHEDULE STATUS CONFERENCE
12     v.                           ) ON RULE 20
                                    )
13 TASAUNA MURPHY,                  ) Date:  August 28, 2014
                                    ) Time:  2:00 p.m.
14     Defendant.                   ) Judge: Hon. Kendall J. Newman
                                    )
15 _____  )

16

17        IT IS HEREBY STIPULATED between the parties through their respective counsel,

18 KYLE REARDON Assistant United States Attorney, and LINDA C. HARTER Chief Assistant

19 Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20

20 hearing set for August 14, 2014 at 2:00 p.m. before Duty Magistrate Judge Brennan be vacated

21 and continued to August 28, 2014 at 2:00 p.m. before Duty Magistrate Judge Newman.

22        The reason for this continuance is that the Assistant United States Attorney in Scranton,

23 Pennsylvania has agreed to allow a Rule 20 transfer.  She is preparing discovery and the written

24 plea agreement for us to review.  Counsel needs additional time to receive information from the

25 / / /

26 / / /

27 / / /

28

                                       -1-

1  United States Attorney's Office in Scranton, Pennsylvania, and to review these documents.

2  DATED: August 28, 2014                    Respectfully submitted,

                                             HEATHER WILLIAMS
                                             Federal Defender

                                             */s /Linda Harter*
                                             LINDA HARTER
                                             Chief Assistant to the Federal Defender
                                             Attorneys for Defendant
                                             TASAUNA MURPHY


Dated: August 28, 2014                       BENJAMIN B. WAGNER
                                             United States Attorney



                                             */s/ Linda C. Harter for*
                                             KYLE REARDON
                                             Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  August 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE