1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | LINDA HARTER, #179741
Chief Assistant for the Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA 95814
4 | Tel: 916-498-5700   Fax: 916-498-5710

5 | Attorneys for Defendant
TASAUNA MURPHY
6 |

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,  ) Case No. 2:14-mj-00089-KJN
                              )
11 | Plaintiff,                ) STIPULATION AND ORDER TO
                              ) RESCHEDULE STATUS CONFERENCE ON
12 | v.                        ) RULE 20
                              )
13 | TASAUNA MURPHY,           ) Date:   October 15, 2014
                              ) Time:   2:00 p.m.
14 | Defendant.                ) Judge:  Hon. Carolyn K. Delaney
                              )
15 | _____   )

16 |

17 | IT IS HEREBY STIPULATED between the parties through their respective counsel,
18 | ANDRE ESPINOSA Assistant United States Attorney, and LINDA C. HARTER Chief Assistant
19 | Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20
20 | hearing set for September 15, 2014 at 2:00 p.m. be vacated and continued to October 15, 2014 at
21 | 2:00 p.m.
22 | The reason for this continuance is that the parties are awaiting the Rule 20 Transfer
23 | paperwork from Assistant United States Attorney in Scranton, Pennsylvania to be filed with this
24 | court.
25 | / / /
26 | / / /
27 | / / /
28 | / / /

-1-

| | |
|---|---|
| 1    DATED: September 11, 2014 | Respectfully submitted, |

DATED: September 11, 2014                     Respectfully submitted,

                                                   HEATHER WILLIAMS
                                                   Federal Defender

                                                   */s /Linda Harter*
                                                   LINDA HARTER
                                                   Chief Assistant to the Federal Defender
                                                   Attorneys for Defendant
                                                   TASAUNA MURPHY

Dated: September 11, 2014                     BENJAMIN B. WAGNER
                                                   United States Attorney


                                                 */s/ Linda C. Harter for*
                                                   ANDRE ESPINOSA
                                                   Assistant United States Attorney

## **ORDER**

    IT IS SO ORDERED.

Dated:  September 12, 2014

                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE