HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mj-00089-KJN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE ON RULE 20 |
| v. | |
| TASAUNA MURPHY, | Date: November 5, 2014<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ANDRE ESPINOSA Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20 hearing set for October 15, 2014 at 2:00 p.m. be vacated and continued to November 5, 2014 at 2:00 p.m.

The reason for this continuance is that the parties are awaiting the Rule 20 Transfer paperwork from Assistant United States Attorney in Scranton, Pennsylvania to be filed with this court.

/ / /

/ / /

/ / /

/ / /

DATED: October 14, 2014          Respectfully submitted,

                                 HEATHER WILLIAMS
                                 Federal Defender

                                 */s /Linda Harter*
                                 LINDA HARTER
                                 Chief Assistant to the Federal Defender
                                 Attorneys for Defendant
                                 TASAUNA MURPHY

Dated: October 14, 2014          BENJAMIN B. WAGNER
                                 United States Attorney


                                 */s/ Linda C. Harter for*
                                 ANDRE ESPINOSA
                                 Assistant United States Attorney

## **ORDER**

    IT IS SO ORDERED.

Dated: October 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE