| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA HARTER, #179741 |
| | Chief Assistant for the Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700   Fax: 916-498-5710 |

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-0321-MCE |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE ON BEFORE MAGISTRATE JUDGE CLAIRE AND SET A CHANGE OF PLEA HEARING BEFORE THE DISTRICT COURT JUDGE |
| v. | |
| TASAUNA MURPHY, | |
| Defendant. | Date:  December 11, 2014 |
| | Time:  9:00 a.m. |
| | Judge:  Hon.  Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ANDRE ESPINOSA Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20 hearing set for November 26, 2014 at 11:00 a.m. be vacated and a change of plea hearing be set for December 11, 2014 at 9:00 a.m. before District Court Judge Morrison C. England.

The reason for this continuance is that the parties have received the Rule 20 Transfer paperwork from Assistant United States Attorney in Scranton, Pennsylvania and an Information has been filed with this court on November 17, 2014.  The parties further stipulate and agree to exclude time from the date of this stipulation November 18, 2014 to December 11, 2014 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

/ / /

-1-

1  DATED: November 18, 2014                    Respectfully submitted,

2
                                               HEATHER WILLIAMS
3                                              Federal Defender

4                                              */s /Linda Harter*
                                               LINDA HARTER
5                                              Chief Assistant to the Federal Defender
                                               Attorneys for Defendant
6                                              TASAUNA MURPHY

7
   Dated: November 18, 2014                    BENJAMIN B. WAGNER
8                                              United States Attorney

9

10                                             */s/ Linda C. Harter for*
                                               ANDRE ESPINOSA
11                                             Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for November 26, 2014 at 11:00 a.m. be vacated and a change of plea hearing be set for December 11, 2014 at 9:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though December 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: November 26, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT