HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TASAUNA MURPHY, <br><br> Defendant. | Case No. 2:14-cr-0321-MCE <br><br> STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING <br><br> Date:   December 18, 2014 <br> Time:  9:00 a.m. <br> Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ANDRE ESPINOSA Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the change of plea hearing set for December 11, 2014 at 9:00 a.m. be vacated and rescheduled for December 18, 2014 at 9:00 a.m.

The reason for this continuance is defense counsel is currently in a jury trial before Magistrate Judge Newman.   Due to defense counsel's unavailability the parties request this case be continued one week to December 18, 2014.

The parties further stipulate and agree to exclude time from the date of this stipulation December 11, 2014 to December 18, 2014 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

/ / /

-1-

DATED: December 9, 2014                Respectfully submitted,

                                       HEATHER WILLIAMS
                                       Federal Defender

                                       /s /Linda Harter
                                       LINDA HARTER
                                       Chief Assistant to the Federal Defender
                                       Attorneys for Defendant
                                       TASAUNA MURPHY

Dated: December 9, 2014                BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Linda C. Harter for
                                       ANDRE ESPINOSA
                                       Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the change of plea hearing set for December 11, 2014 at 11:00 a.m. be vacated and a change of plea hearing be set for December 18, 2014 at 9:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though December 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  December 11, 2014

                                       _____
                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT