HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-0321-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING |
| v. | |
| TASAUNA MURPHY, | Date:  February 5, 2015<br>Time:  9:00 a.m. |
| Defendant. | Judge:  Hon.  Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ANDRE ESPINOSA, Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the change of plea hearing set for January 29, 2015 at 9:00 a.m. be vacated and rescheduled for February 5, 2015 at 9:00 a.m.

The reason for this continuance is defense counsel will be in trial this this week before Magistrate Judge Brennan and will need additional time to review the plea agreement with her client who is in custody in Nevada City, CA.   Due to defense counsel's unavailability the parties request this case be continued one week to February 5, 2015.

The parties further stipulate and agree to exclude time from the date of this stipulation January 29, 2015 to February 5, 2015 at 9:00 a.m., under the Speedy Trial Act (18 U.S.C. §

-1-

3161 (h)(7)(B)(iv))(Local Code T4).

DATED: January 26, 2015                          Respectfully submitted,

                                                 HEATHER WILLIAMS
                                                 Federal Defender

                                                 */s /Linda Harter*
                                                 LINDA HARTER
                                                 Chief Assistant to the Federal Defender
                                                 Attorneys for Defendant
                                                 TASAUNA MURPHY

Dated: January 26, 2015                          BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 */s/ Linda C. Harter for*
                                                 ANDRE ESPINOSA
                                                 Assistant United States Attorney

**ORDER**

The change of plea hearing set for January 29, 2015 at 9:00 a.m. is vacated and continued to February 5, 2015 at 9:00 a.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though February 5, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  January 28, 2015

                                                 _____
                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT