HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr S 14-0321 MCE |
| Plaintiff, | ) | AMENDED UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO VISIT A DYING PARENT |
| vs. | ) | |
| TASAUNA MURPHY, | ) | |
| Defendant. | ) | Judge: Hon. Allison Claire |

BACKGROUND

Ms. Murphy has been in custody since April 17, 2014. She has pled guilty to 18 USC 371 – Conspiracy to Commit Fraud and is scheduled to be sentenced on May 28th, 2015. She is currently being held at the Nevada City Jail.

Ms. Murphy's mother, Darnella Murphy, has been ill for some time. Her Guardian informed counsel that until Tasauna's arrest, Tasauna visited her mother at least 3 to 4 times a week and did her hair. The Guardian said that Tasauna's visits seemed to be the thing Darnella responded the most to. Darnella is now in hospice care at UC Davis Medical Center and her feeding tube was recently removed. She is not expected to live longer than the next 10 days. A letter from Darnella's Guardian, Joan K. Cooney, from the County of Sacramento Health and Human Services Department will be send separately confirming this information.

THE DEFENSE REQUEST

The defense is requesting that Ms. Murphy be temporarily released from custody on Monday, May 11, 2015 to visit with her mother one last time. We are requesting a window of 10 am to 5 pm to give us extra travel time just in case. Linda Humble, an investigator from our office and one other staff member to be determined will accompany Ms. Murphy from the jail to the hospital and back. The United States Marshal Service's Operations Officer was consulted and indicated that if the order is granted they would prefer that Ms. Murphy be picked up from and returned to Nevada City Jail and not the USMS office in Sacramento.

The Assistant United States Attorney in this case has been provided with all of this information and, after consulting with his supervisor, he has indicated that the government does not have any objection to this request.

Dated: May 8, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ LINDA C. HARTER*
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
TASAUNA MURPHY

Dated: May 7, 2015

Benjamin Wagner
United States Attorney

/s/ Andre Espinosa
ANDRE ESPINOSA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TASAUNA MURPHY,<br>Defendant. | Case No. Cr S 14-0321 MCE<br>ORDER FOR TEMPORARY RELEASE FROM CUSTODY<br>Judge: Hon. Allison Claire |

TO: UNITED STATES MARSHALS

IT IS HEREBY ORDERED that the United States Marshals Office arrange for Tasuana Murphy's temporary release from the custody for Monday, May 11, 2015 to visit her mother at U.C. Davis Medical Center. The defendant is to be released from Nevada City Jail on Monday, May 11, 2015 from 10:00 a.m. 5:00 p.m. Ms. Murphy will be escorted by the Federal Defender's Office Investigator Linda Humble.

Dated: May 8, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE