McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TASAUNA MURPHY,<br><br>Defendant. | CASE NO. 2:14-CR-321-MCE<br><br>PARTIES' JOINT STIPULATION AND ORDER CORRECTING DEFENDANT'S RESTITUTION OBLIGATION<br><br>DATE: July 9, 2020<br><br>COURT: Hon. Morrison C. England, Jr. |

This matter is before the Court on the joint request of the parties, and Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, to correct a clerical error in the Judgment arising from an oversight and omission concerning the amount of restitution owed by defendant Tasauna Murphy in connection with her criminal conviction in this matter. The United States of America, by and through its counsel, Assistant U.S. Attorney André M. Espinosa, and defendant Tasauna Murphy ("Murphy"), by and through her counsel Assistant Federal Defender Linda Allison, hereby agree and stipulate as follows:

    1.    Murphy was originally charged by the U.S. Attorney's Office for the Middle District of Pennsylvania. She was arrested in the Eastern District of California (this "District") where she had lived her entire life. Murphy expressed a desire at her initial appearance to resolve this matter in this District, pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The U.S. Attorney's Offices in both districts agreed and Murphy's case was transferred here and assigned to this Court. *See* ECF Nos. 1-9, 17, 20, 26, 28. Murphy's co-defendants were prosecuted in the Middle District of Pennsylvania.

2. On February 5, 2015, Murphy pleaded guilty to conspiracy to commit access device fraud, in violation of 18 U.S.C. § 371.  ECF No. 40.  In her plea agreement, Murphy agreed to pay restitution ordered by this Court, and agreed that the loss amount resulting from her criminal conduct exceeded $200,000.  *See* ECF No. 43.

3. On August 20, 2015, this Court sentenced Murphy to twenty-four months in custody and imposed a restitution obligation of $206,292.72, due jointly and severally with Francis Nevarez and Jocelyn Wilson in the related case 3:14-CR-038 in the Middle District of Pennsylvania.  *See* ECF No. 40, 59.

4. To date, Murphy has made payments totaling approximately $475 toward her restitution obligation.

5. In January 2020, the government learned that, as a result of clerical errors in the calculation supporting the Court's restitution order, the total restitution amount the Court ordered Murphy to pay to individual victims of her criminal conduct was less than the sum of the itemized individual losses set forth in the Judgment.  As a result of those errors, Murphy was ordered to pay less than the total losses associated with her criminal conduct and the amount a similarly situated co-conspirator was ordered to pay.[1]  *See* Judgment, attached hereto as Exhibit 1, at pg. 6.

6. The parties stipulate and agree that Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Court may correct a clerical error in a judgment arising from an oversight or omission.

7. Accordingly, the parties have corrected three errors identified in the original restitution calculation that result in a net $4.00 increase in Murphy's total restitution obligation from $206,292.72 to $206,296.72.  *See* Paragraph 9, lines 10, 11, and 58.  Those corrections also reconcile the erroneous total restitution amount with the itemized list in the judgment, resulting in a net reduction of $648.73 from the itemized total, and a uniform restitution obligations for the two primary conspirators in this case: $206,296.72.  *Compare* this stipulation and proposed order *with* Exhibit 1 at pg. 6.

---

[1] The sum of the itemized losses in the Judgment was $206,945.45. The Court ordered Murphy to pay total restitution of $206,292.72, leaving a difference of $652.73 owed to victims. As set forth herein, the corrections to which the parties stipulate result in a net $4.00 increase in the total restitution Murphy was ordered to pay but a net decrease of $648.73 from the sum of the itemized restitution amounts in the Court's Judgment.

STIPULATION AND ORDER 2

8. The below table correctly itemizes the individual restitution amounts and their sum:

STIPULATION AND ORDER

3

| No. | Name and Address of Payee | Total Loss | Restitution Ordered |
|---|---|---|---|
| 1 | TD Bank<br>991 S. Township Line Road<br>Royersford, PA 19468 | $5,000 | $5,000 |
| 2 | Susquehanna Bank<br>536 N. Lewis Road<br>Limerick, PA 19468 | $1,500 | $1,500 |
| 3 | CBPA of King of Prussia<br>160 N. Gulph Road #1397,<br>King of Prussia, PA 19406 | $7,500 | $7,500 |
| 4 | First Commonwealth Federal Credit Union<br>450 Union Boulevard<br>Allentown, PA 18109 | $1,000 | $1,000 |
| 5 | Susquehanna Bank<br>1139 W. Hamilton St.<br>Allentown, PA 18101 | $7,500 | $7,500 |
| 6 | New Tripoli Bank<br>7747 Claussville Road<br>Orefield, PA 18069 | $8,500 | $8,500 |
| 7 | Mid Penn Bank<br>17 N. 2nd St.<br>Harrisburg, PA 17101 | $500 | $500 |
| 8 | Cash Jonestown Bank<br>2 W. Market Street<br>Jonestown, PA 17038 | $8,500 | $8,500 |
| 9 | Cash Jonestown Bank<br>1765 Quentin Road<br>Lebanon, PA 17042 | $8,500 | $8,500 |
| 10 | Citizens Bank/UNI<br>10 S. Second Street<br>Harrisburg, PA 17101 | $7,500<br>(corrected from the erroneous amount of $8,500) | $7,500<br>(corrected from the erroneous amount of $8,500) |
| 11 | Crown Plaza<br>260 Mall Boulevard<br>King of Prussia, PA 19406 | $449.64<br>(corrected from the erroneous amount of $494.64) | $449.64<br>(corrected from the erroneous amount of $494.64) |

| | | | |
|---|---|---|---|
| 12 | Holiday Inn Express<br>3620 Hamilton Boulevard<br>Allentown, PA 18103 | $280.48 | $280.48 |
| 13 | Holiday Inn Express<br>3620 Hamilton Boulevard<br>Allentown, PA 18103 | $280.48 | $280.48 |
| 14 | Heritage Inn<br>34521 Postal Lane<br>Lewes, DE 19958 | $396.36 | $396.36 |
| 15 | Heritage Inn<br>34521 Postal Lane<br>Lewes, DE 19958 | $396.36 | $396.36 |
| 16 | Homewood Suites Harrisburg<br>3990 Tecport Drive<br>Harrisburg, PA 17111 | $1,192.14 | $1,192.14 |
| 17 | M&T Bank 6317<br>5201 Coastal Highway<br>Ocean City, MD 21842 | $5,000 | $5,000 |
| 18 | WSFS Selbyville<br>38394 Dupont Boulevard<br>Selbyville, DE 19975 | $5,000 | $5,000 |
| 19 | Citizens & Farmers Bank<br>1167 Jamestown Road<br>Williamsburg, VA 23185 | $8,700 | $8,700 |
| 20 | Citizens & Farmers Bank<br>3501 N. Courthouse Road<br>Providence Forge, VA 23145 | $9,500 | $9,500 |
| 21 | Homewood Suites Arundel<br>7491 New Ridge Road<br>Hanover, MD 21076 | $381.94 | $381.94 |
| 22 | Embassy Suites-Hampton<br>1700 Coliseum Dr.,<br>Hampton, VA 23666 | $268.94 | $268.94 |

STIPULATION AND ORDER

5

| 23 | Homewood Suites Arundel<br>7491 New Ridge Rd.<br>Hanover, MD 21076 | $381.94 | $381.94 |
|---|---|---|---|
| 24 | Embassy Suites-Hampton<br>700 Coliseum Dr.<br>Hampton, VA 23666 | $278.89 | $278.89 |
| 25 | Enterprise Rent-a-Car<br>501 S. Governor Printz Boulevard<br>Essington, PA 19029 | $2,700 | $2,700 |
| 26 | M&T Bank 6317<br>5201 Coastal Highway<br>Ocean City, MD 21842 | $5,000 | $5,000 |
| 27 | U-Haul CT El Camino<br>1650 E. El Camino Ave.<br>Sacramento, CA 95815 | $409.79 | $409.79 |
| 28 | Avis Rent-a-Car<br>582 Clairton Boulevard<br>Pittsburg, PA 15236 | $999.38 | $999.38 |
| 29 | First Commonwealth Bank<br>217 Franklin Street<br>Johnstown, PA 15901 | $5,000 | $5,000 |
| 30 | First Commonwealth Bank<br>708 Q. High Street<br>Ebensburg, PA 15931 | $9,500 | $9,500 |
| 31 | First National Bank<br>142 Walnut Street<br>Johnstown, PA 15901 | $5,000 | $5,000 |
| 32 | 5/3 Murrysville BC #40305<br>4923 William Penn Hwy<br>Murrysville, PA 15668 | $2,500 | $2,500 |
| 33 | Jersey Shore St. Bank Montoursville<br>820 Broad Street<br>Montoursville, PA 17754 | $5,000 | $5,000 |

| | | | |
|---|---|---|---|
| 34 | Charter One/East A<br>3235 Manchester Rd.<br>Akron, OH 44207 | $3,000 | $3,000 |
| 35 | Hampton Inn<br>1247 Smallman St.<br>Pittsburg, PA 15222 | $362.52 | $362.52 |
| 36 | Embassy Suites Sacramento<br>100 Capitol Mall<br>Sacramento, CA 95814 | $4,297.42 | $4,297.42 |
| 37 | First National Bank<br>117 South Allen St.<br>State College, PA 16801 | $5,000 | $5,000 |
| 38 | Hampton Inn<br>1247 Smallman St.<br>Pittsburgh, PA 15222 | $362.52 | $362.52 |
| 39 | Charter One/Montro<br>3235 Manchester Rd.<br>Akron, OH 44203 | $6,000 | $6,000 |
| 40 | Cash HNB-Hillsdale<br>6505 Market Ave. North<br>Canton, OH 44721 | $2,000 | $2,000 |
| 41 | Hampton Inn<br>140 Via Bella Street<br>Williamsport, PA 17701 | $404.23 | $404.23 |
| 42 | Charter One/Liberty Square<br>4854 Everhard Rd NW<br>Canton, OH 44718 | $5,000 | $5,000 |
| 43 | Hampton Inn<br>140 Via Bella Street<br>Williamsport, PA 17701 | $401.12 | $401.12 |
| 44 | Holiday Inn Canton<br>4520 Everhard Rd.<br>Canton, OH 44718 | $601.90 | $601.90 |

| | | | |
|---|---|---|---|
| 45 | Charter One/Morse<br>1630 Morse Rd.<br>Columbus, OH 43229 | $2,000 | $2,000 |
| 46 | 5/3 Gahanna BM#28300<br>300 S. Hamilton Rd.<br>Gahanna, OH 43230 | $2,500 | $2,500 |
| 47 | Chase North High St.<br>677 N. High St.<br>Columbus, OH 43215 | $5,000 | $5,000 |
| 48 | Hampton Inn<br>4150 Stlezer Rd.<br>Columbus, OH 43230 | $730.98 | $730.98 |
| 49 | Hampton Inn<br>4150 Stlezer Rd.<br>Columbus, OH 43230 | $661.98 | $661.98 |
| 50 | Chase WIXOM Meijer<br>29750 Wilcom Rd.<br>Wixom, MI 48393 | $3,000 | $3,000 |
| 51 | Cash TCF NOVI<br>47500 Grand River Ave.<br>Novi, MI 48374 | $5,000 | $5,000 |
| 52 | Charter One/Okemos<br>1575 W. Grand Ave.<br>Okemos, MI 48864 | $5,000 | $5,000 |
| 53 | Embassy Suites Columbus<br>2700 Corporate Exchange Dr.<br>Columbus, OH 43231 | $601.19 | $601.19 |
| 54 | Embassy Suites Columbus<br>2700 Corporate Exchange Dr.<br>Columbus, OH 43231 | $617.53 | $617.53 |
| 55 | The Ritz Carlton Chicago<br>160 E. Pearson St.<br>Chicago, IL 60611 | $1,971 | $1,971 |

| | | | |
|---|---|---|---|
| 56 | Famers Bank & Savings Co.<br>164 Upper River Road<br>Gallipolis, OH 45631 | $8,000 | $8,000 |
| 57 | United Bank<br>113 N. St. W<br>Ripley, WV 25271 | $5,000 | $5,000 |
| 58 | Hampton Inn & Suites<br>6060 Rashelle Drive<br>Flint, MI 48507 | $792.54<br>(corrected from the erroneous amount of $396.27) | $792.54<br>(corrected from the erroneous amount of $396.27) |
| 59 | The Ritz Carlton Chicago<br>160 E. Pearson St.<br>Chicago, IL 60611 | $2,199.08 | $2,199.08 |
| 60 | Detroit Embassy Suites<br>8600 Wickham Rd.<br>Romulus, MI 48174 | $504.21 | $504.21 |
| 61 | Detroit Embassy Suites<br>8600 Wickham Rd.<br>Romulus, MI 48174 | $504.21 | $504.21 |
| 62 | Cash Peoples Bank<br>2513 Jackson Ave.<br>Point Pleasant, WV 25550 | $8,000 | $8,000 |
| 63 | Hampton Inn<br>444 Upper River Rd.<br>Gallipolis, OH 45631 | $259.32 | $259.32 |
| 64 | Embassy Suites Charleston<br>300 Court St.<br>Charleston, WV 25301 | $770.26 | $770.26 |
| 65 | Embassy Suites Charleston<br>300 Court St.<br>Charleston, WV 25301 | $638.37 | $638.37 |
| 66 | Sovereign Bank<br>355 Broad St.<br>Montoursville, PA 17754 | $500 | $500 |
| | | Total<br>$206,296.72 | Total<br>$206,296.72 |

STIPULATION AND ORDER

9

**It is so stipulated.**

Dated: July 9, 2020
                                                McGREGOR W. SCOTT
                                                United States Attorney

                                         By:   /s/ ANDRÉ M. ESPINOSA
                                                ANDRÉ M. ESPINOSA
                                                Assistant United States Attorney

Dated: July 9, 2020                             /s/ LINDA ALLISON
                                                LINDA ALLISON
                                                Assistant Federal Defender
                                                Counsel for Defendant
                                                Tasauna Murphy

### ORDER

Accordingly, for the reasons stipulated by the parties, and for good cause shown, it is hereby

**ORDERED** that, the itemized restitution table in the Court's Judgment in this matter shall be and is replaced with the above table set forth in this Order; and it is further,

**ORDERED** that the total restitution amount in the Court's original judgment shall be and is replaced with the above total set forth in this Order; and it is further,

**ORDERED** that defendant Tasauna Murphy shall pay restitution in the amount of $206,296.72, jointly and severally with Francis Nevarez and Jocelyn Wilson in the related case 3:14-CR-038 in the Middle District of Pennsylvania; and it is further,

**ORDERED** that this Order makes no other changes to the Court's Judgment in this matter including to the sentence imposed, the term and conditions of supervised release, the waiver of interest payments on restitution, the waiver of appeal or post-conviction collateral attack, or any other aspect of the Judgment.

**IT IS SO ORDERED.**

Dated: July 13, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE